Prob 12CAmended 1
(Rev. 3/06 D/HI)

# ORIGINAL

## United States District Court

### for the

### DISTRICT OF HAWAII



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 10 2007

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

U.S.A. vs. DUSTIN R. SPENCER, aka Dustin I. Spencer    Docket No. CR 05-00002SOM-01

### AMENDED REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Supervised Release)

COMES NOW ROBIN L. DeMELLO, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of DUSTIN R. SPENCER, aka Dustin I. Spencer who was placed on supervision by the Honorable Susan Oki Mollway sitting in the Court at Honolulu, Hawaii, on the 20th day of May 2005, who fixed the period of supervision at 3 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

2. That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

3. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

4. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

The Court also ordered that the fine of $500.00 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

| | |
|---|---|
| Modified Sentence: | On 1/12/2006, the Court modified the General Condition of supervision and added Special Condition No. 5 as follows: |
| General Condition: | That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days |

Prob 12C Amend 1
(Rev. 3/06 D/HI)

2

|  |  |
|---|---|
|  | of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervised release, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day (mandatory condition). |
| Special Condition No. 5: | That the defendant participate in a community corrections center program such as Mahoney Hale for a period not to exceed 180 days, or until otherwise released, at the discretion and direction of the Probation Office. While in the program, the defendant shall participate in the components of the Mahoney Hale program. |
| Modified Sentence: | On 3/2/2007, the Court added the following special condition: |
| Special Condition No. 6: | That the defendant is prohibited from the possession and use of alcohol. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Alleged Violation(s) of Supervised Release

That the petition for Request for Course of Action dated and filed on 6/1/2007 include the following additional violation(s):

7. That on or about 6/26/2007, the subject engaged in conduct constituting Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and the General Condition.

8. On 5/25/2007 and 5/30/2007, the subject submitted urine specimens which tested positive for methamphetamine, in violation of the General Condition and Standard Condition No. 7.

Based on the above, the U.S. Probation Officer recommends that the Request for Course of Action dated and filed on 6/1/2007 be amended to include the additional violation(s).

Prob 12C Amend 1
(Rev. 3/06 D/HI)

3

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[✓] That the Request for Course of Action dated and filed on 6/1/2007 be amended to include the additional violation(s) and that the subject be brought before the Court to show cause why supervision should not be revoked.

[ ] Other

I declare under penalty of perjury that the foregoing is true and correct

Executed on    8/3/2007

*Robin L. DeMello* (signature)
ROBIN L. DeMELLO
Senior U.S. Probation Officer

Approved by:

*Timothy M. Jenkins* (signature)
TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

## ORDER OF COURT

THE COURT ORDERS that the Request for Course of Action dated and filed on 6/1/2007 be amended to include the additional violation(s) and that the subject be brought before the Court to show cause why supervision should not be revoked.

Considered and ordered this 3rd day of August, 2007, and ordered filed and made a part of the records in the above case.

*Susan Oki Mollway* (signature)
SUSAN OKI MOLLWAY
U.S. District Judge

Re:   **SPENCER, Dustin R., aka Dustin I. Spencer
Criminal No. CR 05-00002SOM-01
REVOCATION OF SUPERVISED RELEASE**

## STATEMENT OF FACTS

### Violation No. 7:  Engaged in Conduct Constituting Felon in Possession of a Firearm:

On 6/26/2007, the subject was arrested by Honolulu police for Reckless Endangering in the First Degree; Place To Keep Pistol or Revolver; Place to Keep Ammunition; Promoting a Detrimental Drug in the Third Degree; and Registration, Mandatory, Exception.

According to investigative reports, Honolulu police received a call from a witness who reported gunshots fired from what appeared to be a dark-colored compact car bearing license number PFS 730.  The witness called from the Tantalus/Round Top Drive area.  Police were dispatched to the area and located the car.  The officer followed the car and observed the front seat passenger in possession of a handgun.  The officer further observed the front seat passenger pass the handgun to the driver.  Officers executed a traffic stop and detained the occupants of the car.

The car was driven by the subject, his front passenger was Fabian Mailou, and the rear passenger, Justin Wilcox.  The car was registered to the subject and all occupants were felons.

A firearm (Smith & Wesson, Model 10-7, .38 caliber revolver) was observed under the driver's seat and was recovered along with ammunition.  Mailou stated that the subject fired the firearm twice and then threw it to him.  The Honolulu Police Department Crime Lab found the firearm to be operational.

A search of the subject's person revealed a marijuana cigarette in the subject's right front pocket.  Subsequently, investigators attempted to interview the subject and he uttered that he fired one round and was high on "ice" and Valium at the time.

On 6/28/2007, this case was turned over to the U.S. Attorney's Office for prosecution.  On that day, a Criminal Complaint was filed in the U.S. District Court, charging the subject with Count 1:  Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), a Class C felony.

### Violation No. 8:  On 5/25/2007 and 5/30/2007, the Subject Submitted Urine Specimens Which Tested Positive for Methamphetamine:

The subject's urine specimen submitted on 5/25/2007 tested positive for methamphetamine.  He stated that his last use was on 5/22/2007.  Additionally, the

Re:   SPENCER, Dustin R., aka Dustin I. Spencer
      Criminal No. CR 05-00002SOM0-01
      REVOCATION OF SUPERVISED RELEASE
      STATEMENT OF FACTS - Page 2

subject's urine specimen submitted on 5/30/2007 tested positive for methamphetamine. The subject stated that he used methamphetamine with a friend on 5/29/2007.

Respectfully submitted by,

*Robin A. DeMello*

ROBIN L. DeMELLO
Senior U.S. Probation Officer

Approved by:

*Timoth M.*

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

RLD/pts

Re:   **SPENCER, Dustin R., aka Dustin I. Spencer**
      **Criminal No. CR 05-00002SOM0-01**
      **REVOCATION OF SUPERVISED RELEASE**
      **STATEMENT OF FACTS - Page 3**

**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

      There do not appear to be any circumstances that warrant imposition of additional conditions at this time.