# MINUTES

CASE NUMBER:      CR NO. 05-00002SOM

CASE NAME:        United States of America Vs. Dustin R. Spencer

ATTYS FOR PLA:    Darren Ching and Probation Officer-Robin DeMello

ATTYS FOR DEFT:   Donna M. Gray

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:   Debra Chun

DATE:     01/14/2008                 TIME:       l0:30am-ll:00am

COURT ACTION:  EP: Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

Defendant admits to Violations' of Supervised Release-Numbers 1 through 8 as stated in the Request for Course of Action filed on 6/1/2007 and the Amended Request for Course of Action filed on 8/10/2007.

Court hereby finds that the Defendant has violated Conditions of Supervised Release.

Court hereby Revokes Supervised Release of the Defendant.

Allocution by the Defendant.

Sentence-

Imprisonment-16 Months to run consecutive with term imposed in Cr. No. 07-00362HG.

No further Supervised Release will be imposed.

Mittimus Forwith.

Defendant advised of his right to appeal.

Submitted by Leslie L. Sai, Courtroom Manager