AO 245D  (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 16 2008
at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M.
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**DUSTIN R SPENCER., aka DUSTIN I. SPENCER**
(Defendant's Name)

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 1:05CR00002-001
USM Number: 91562-022

Donna M. Gray, AFPD
Defendant's Attorney

## THE DEFENDANT:

[✔] admitted guilt to violation of condition(s)  General Condition, Standard Conditions' No.'s 7 and 9 and Special Condition No. 1  of the term of supervision.
[ ] was found in violation of condition(s) \_\_\_ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) \_\_\_ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: **4674**

Defendant's Residence Address:
**Honolulu, Hawaii 96822**

Defendant's Mailing Address:
**Honolulu, Hawaii 96822**

January 14, 2008
Date of Imposition of Sentence

_/s/ Susan Oki Mollway_
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

JAN 15 2008
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 1:05CR00002-001 | |
| DEFENDANT: | DUSTIN R SPENCER., aka DUSTIN I. SPENCER | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject associated with felons | 12/27/06 |
| 2 | Subject engaged in conduct constituting operating a vehicle while under the influence of an intoxicant | 2/22/07 |
| 3 | Subject engaged in conduct constituting reckless driving | 2/22/07 |
| 4 | Subject admitted that he smoked crystal methamphetamine | 5/15/07 to 5/22/07, 5/26/07 and 5/29/07 |
| 5 | Subject submitted a urine specimen which tested positive for methamphetamine | 5/21/07 |
| 6 | Subject submitted a urine specimen which tested positive for methamphetamine | 5/22/07 |
| 7 | Subject engaged in conduct constituting felon in possession of a firearm | 6/26/07 |
| 8 | Subject submitted urine specimens which tested positive for methamphetamine | 5/25/07 and 5/30/07 |

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 1:05CR00002-001 | |
| DEFENDANT: | DUSTIN R SPENCER., aka DUSTIN I. SPENCER | |

AO 245B   (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

CASE NUMBER: 1:05CR00002-001                                          Judgment - Page 3 of 3
DEFENDANT: DUSTIN R SPENCER., aka DUSTIN I. SPENCER

## IMPRISONMENT

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 16 MONTHS

This term consists of 16 MONTHS is to run consecutive with term imposed in Cr. No. 07-00362HG.


[ ]   The court makes the following recommendations to the Bureau of Prisons:


[✔]   The defendant is remanded to the custody of the United States Marshal.


[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.


[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                            _____
                                                                      UNITED STATES MARSHAL

                                                      By    _____
                                                                      Deputy U.S. Marshal