AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

1332700

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 05-00002 SOM-01 |

DUSTIN R. SPENCER, aka "Dustin I. Spencer"

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 01 2008

at __ o'clock and __
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST DUSTIN R. SPENCER, aka "Dustin I. Spencer" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

2007 JUN -1 PM 12: 16
U.S. MARSHALS SERVICE
HONOLULU, HI.
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | June 1, 2007  at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL         By: Susan Oki Mollway, United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Honolulu, HI.

| Date Received | 6/1/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| Date of Arrest | 6/28/07 | Arthur Oh | *(signature)* |